IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
DEC 12 2016
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICIA ANN HALCOMB-SEGNA, Defendant. | Cause No. CR 13-80-BLG-DWM<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

On November 7, 2016, Defendant Halcomb-Segna, a federal prisoner proceeding pro se, moved the Court to reduce her sentence under 18 U.S.C. § 3582(c)(2) and Amendment 794 to the United States Sentencing Guidelines. Mot. (Doc. 66). On November 10, 2016, the motion was denied. Order (Doc. 67).

On December 9, 2016, Halcomb-Segna filed a differently phrased motion asking the Court to reduce her sentence under the same authority and for the same reasons. The motion is denied. *See* Order (Doc. 67).

Accordingly, IT IS HEREBY ORDERED that Halcomb-Segna's second motion to reduce the sentence (Doc. 68) is DENIED.

DATED this 12 day of December, 2016.

Donald W. Molloy
United States District Judge