IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–80–BLG–DWM–TJC |
| Plaintiff, | |
| vs. | ORDER |
| PATRICIA ANN HALCOMB-SEGNA, | |
| Defendants. | |

On July 16, 2021, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the July 1, 2021 petition for revocation of Defendant Patricia Ann Halcomb-Segna's supervised release. (Docs. 90, 96, 97.) Defendant previously admitted violations 1 through 9. (*See* Doc. 86.) Based upon a preponderance of the evidence presented at the revocation hearing, Judge Cavan concluded Defendant violated the conditions of her release in the manner set forth in violations 10–12 of the petition. (Doc. 97 at 4.) Judge Cavan recommends that supervised release be revoked and that this Court sentence Defendant to 8 months custody and 52 months of supervised release. (*Id.* at 6.)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority"

1

to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that Defendant violated the conditions of her release in the manner set forth in the petition, and that Defendant's supervision should be revoked, the Court adopts those findings and recommendations. (*See* Doc. 97.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations, (Doc. 97), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 3rd day of August, 2021.

Donald W. Molloy, District Judge
United States District Court