IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA ANN HALCOMB-SEGNA,<br><br>Defendant. | CR 13-80-BLG-DWM<br><br>ORDER |

Defendant Patricia Ann Halcomb-Segna has moved unopposed for early termination of her supervised release. (Doc. 116.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Such termination will be effective August 31, 2025, if Halcomb-Segna: (1) remains in full compliance with the terms of her supervision and has no violations; (2) passes all substance abuse tests; and (3) continues to abstain from the consumption of alcohol.

Accordingly, IT IS ORDERED that Halcomb-Segna's motion, (Doc. 116), is GRANTED and her term of supervised release will terminate on August 31, 2025, subject to compliance with the terms above.

DATED this ___19th___ day of May, 2025.

Donald W. Molloy, District Judge
United States District Court